


U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

JUL 24 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN B. DOUCET<br>    LA. DOC #428957<br>VS. | CIVIL ACTION NO. 6:13-cv-0292<br><br>SECTION P<br><br>JUDGE RICHARD T. HAIK, SR. |
| WARDEN, FRANKLIN PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE C. MICHAEL HILL |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be deemed successive and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of July, 2013.

RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE