U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 24 2013

TONY R. MOORE, CLERK
BY _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Doucet | Civil Action No. 13-0292 |
| versus | Judge Richard T. Haik Sr. |
| Franklin Parish Detention Center | Magistrate Judge C. Michael Hill |

### CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b) and 28 U.S.C. § 2253(c)(2), hereby finds that a certificate of appealability should not issue for the following reasons:

Adopting the analysis contained in the Report and Recommendation of the Magistrate Judge entered on May 28, 2013 [Rec. Doc. 10], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

Thus done and signed this 24th day of July, 2013 at Lafayette, Louisiana.

_____
Richard T. Haik, Sr.
United States District Judge